JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Shayler,<br><br>    Plaintiff,<br><br>    v.<br><br>Robert A. Galvan, trustee of the Robert and Judith Galvan Intervivos Trust dated September 28, 2007; Judith K. Galvan, trustee of the Robert and Judith Galvan Intervivos Trust dated September 28, 2007 and Judith K. Galvan; and Does 1-10,<br><br>    Defendants. | Case No.: 2:21-cv-00081-FMO-KS<br><br>*Hon. Fernando M. Olguin*<br><br>**ORDER ON STIPULATION [20] FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed:  January 6, 2021<br>Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff James Shayler's action against Defendants Robert A. Galvan and Judith K. Galvan is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: April 16, 2021

/s/
Hon. Fernando M. Olguin
United States District Judge